IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:10-CR-279-BR-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| GABRIEL GUZMAN-MORENO, | ) | |
| | ) | |
| Defendant. | ) | |

This case comes before the court on the parties' joint motion (D.E. 14) to file out of time a status report on the progress of defendant's mental competency evaluation ordered by this court on 29 September 2010 (D.E. 10). For good cause shown, the motion is ALLOWED, and the joint status report filed on 14 October 2010 (D.E. 15) is hereby deemed timely filed.

SO ORDERED, this the 15th day of October 2010.

James E. Gates
United States Magistrate Judge